

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00145-CV

Arthur **BOUIER**,
Appellant

v.

**JEFF 1, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00448
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: June 9, 2021

DISMISSED FOR WANT OF PROSECUTION

In this appeal of a judgment from a trespass-to-try title case, Appellant filed his brief on May 7, 2021, but Appellant's brief did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. On May 13, 2021, we advised Appellant that his brief had the following defects:

- the Statement of the Case is just over two pages long, discusses the facts, and includes arguments, *contra id.* R. 38.1(d);

- the Statement of Facts refers to numerous documents, but it has only one citation to the clerk's record, and it refers to several documents or authorities that appear to be outside the appellate record, *contra id.* R. 38.1(g); *Greystar, LLC v. Adams*, 426 S.W.3d 861,

865 (Tex. App.—Dallas 2014, no pet.) ("[A]n appellate court may not consider matters outside the record . . . .");

- the Argument section contains no citations to the record, *contra id.* R. 38.1(i);

- there is no Appendix, *contra id.* R. 38.1(k); and

- the Certificate of Compliance omits the required word count, *contra id.* R. 9.4(i)(3).

In our May 13, 2021 order, we struck Appellant's brief and ordered Appellant to file an amended brief by May 24, 2021. We advised Appellant that the amended brief must correct all the violations listed above and fully comply with the applicable rules. *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. We warned Appellant that if the amended brief did not comply with our order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

Appellant has not filed a response to our May 13, 2021 order. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 9.4, 38.8(a)(1), 38.9(a), 42.3(b),(c).

PER CURIAM